IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

OWENS CORNING SALES, LLC,)
ET AL.,                   )
    Plaintiffs,            )
                          )
    v.                    ) Civil Action No. 09-287
                          )
AMERICAN MADE, LLC, ET    )
AL.,                      )
    Defendants.           )

ORDER

AND NOW this 3rd day of July, 2009, pursuant to 28 U.S.C. §455, I hereby recuse myself from the above-captioned matter and direct the Clerk of Court to reassign the case to another judge.

BY THE COURT:

_____, J.

cc: all parties of record